# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                         Case No. 6:07-cr-138-Orl-28DAB

**LARRY ALLEN HUMM**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Roger Handberg |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Jonathan I. Rotstein |
| **COURT REPORTER:** | Sandy Tremel | **PRETRIAL/PROBATION:** | Mark Jacoby |
| **DATE/TIME:** | March 7, 2008 9:40-9:55 a.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Counts One and Two of the Information.

Motion for Court to recognize defendant's substantial assistance (Doc. No. 26)     Granted.

PROBATION:     3 years on each of Counts One and Two to run concurrent

MANDATORY DRUG TESTING requirements are: Waived.

Special Conditions of Probation are:

    Home Detention Program:     120 days.

    Community Service Program:     Perform 150 hours in lieu of paying a fine.

    Cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:     Waived.

Special Assessment:     $200.00.

Forfeiture pursuant to:     Plea Agreement.

Additional remarks:     Defendant is advised of right to appeal.